IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 2009-33-1 |
| RASHAAN BATES | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this **24th** day of **June, 2010,** came the attorney for the Government and the defendant being present with counsel, and

[ ]     The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]     A jury has been waived, and the Court has found the defendant not guilty as to:

**[XXX]**     **The jury has returned its verdict, finding the defendant not guilty as to: count three of the indictment.**

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Hon. Anita B. Brody, J.

cc: U.S. Marshal
    Probation Office
    Counsel

| 06-24-2010 | JFGS |
|---|---|
| Date | By Whom |

Cr 1 (4/2006)

**XC: SPEEDY TRIAL**

Copies ecmf _____ to:      Copies mailed _06-29-10_ to:

Rashaan Bates, Def.