IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-33-1 |
| RASHAAN BATES | : | |
| | : | |

## ORDER

AND NOW, this 26th day of August 2010, it is **ORDERED** that Bates' Motion for Judgment of Acquittal or New Trial (Doc. # 68) is **DENIED.**

_____
ANITA B. BRODY, J.

xc: Speedy Trial

Copies **VIA ECF** on _____ to:

Copies **MAILED** on 08-27-2010 to:
Rashaan Bates, Deft
Christofer Bates, Esq.

O:\ABB 2010\L - Z\United States v. Bates denies doc 68.wpd

1